**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CASE NO. 9:98-CR-0016-RC |
| v. | § |
| | § |
| | § |
| LAWRENCE WILLIAM FRANKLIN (1) | § |
| | § |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
<u>REPORT AND RECOMMENDATION</u>**

The Court referred a petition alleging violations of supervised release conditions to the Honorable K. Nicole Mitchell, United States Magistrate Judge, at Tyler, Texas, for consideration pursuant to applicable laws and orders of this court. The Court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge K. Nicole Mitchell recommended:

1. that the Court find that the Defendant violated Allegation 2 in the petition alleging that he violated a standard condition of release by leaving the judicial district without permission;

2. that the Defendant's supervised release should be revoked pursuant to 18 U.S.C. § 3583; and

3. the Defendant should be sentenced to a term of 12 months of imprisonment with no further supervised release.

At the revocation hearing on September 10, 2020, Defendant and the Government waived their right to object to the Report and Recommendation. Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Lawrence William Franklin's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

So ORDERED and SIGNED, Sep 16, 2020.

_____
Ron Clark
Senior Judge